**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SYLVESTER I. PAYNE, | ) |
| Plaintiff, | ) Case No. CV 08-0753 AJW |
| v. | ) J U D G M E N T |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and this case is remanded for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

DATED: January 6, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge