1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10
   SYLVESTER IVAN PAYNE,              ) Case No.: CV 08-0753 AJW
11                                    )
          Plaintiff,                  ) ORDER AWARDING EQUAL
12                                    ) ACCESS TO JUSTICE ACT
      vs.                             ) ATTORNEY FEES PURSUANT TO
13                                    ) 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE, Commissioner    )
14 of Social Security,                )
                                      )
15        Defendant.                  )
                                      )
16 _____    )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to
19
   Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of
20
   rights, the amount of $2,900.00, as authorized by 28 U.S.C. § 2412(d), subject to
21
   the terms of the above-referenced Stipulation.
22
   DATE:      April 1, 2009
23
                                        _____
24                                      THE HONORABLE ANDREW J. WISTRICH
                                        UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ Lawrence D. Rohlfing
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Sylvester Ivan Payne

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26